IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

RUN AMZ, LLC, an Oregon limited liability company,

    Plaintiff,

v.

AQUA-LEISURE RECREATION LLC, a Massachusetts limited liability company,

    Defendant.

**RULE 7.1 DISCLOSURE STATEMENT FOR PLAINTIFF RUN AMZ, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Run AMZ, LLC submits its Disclosure Statement and states as follows:

Plaintiff Run AMZ, LLC is an Oregon limited liability company principally located at 107 SE Washington St STE 700, Portland, OR 97214. Run AMZ's sole member is Digital Industries, Inc. No publicly held corporation owns 10% or more of Plaintiff's stock.

Page 1 – CORPORATE DISCLOSURE STATEMENT    **STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380     Fax: 503.220.2480*

120560541.1 0082332-00001

| | |
|---|---|
| DATED: August 14, 2023 | STOEL RIVES LLP |

*s/Ryan H. Tamm*
THOMAS R. JOHNSON
(application for admission forthcoming)
ALEX VAN RYSSELBERGHE
(application for admission forthcoming)
RYAN H. TAMM
Stoel Rives LLP
760 SW Ninth Ave, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Fax: (503) 220-2480
tom.johnson@stoel.com
alex.vanrysselberghe@stoel.com
ryan.tamm@stoel.com

*Attorneys for Plaintiff*