IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No._____

RUN AMZ, LLC, an Oregon limited liability company,

    Plaintiff,

v.

AQUA-LEISURE RECREATION LLC, a Massachusetts limited liability company,

    Defendant.

## PLAINTIFF'S NOTICE OF RELATED CASES

Pursuant to D.C. Colorado Local Rule 3.2, Plaintiff Run AMZ, LLC ("Plaintiff"), writes to inform the Court of pending lawsuits which have common facts and law to the above-captioned action: *Run AMZ, LLC v. Parohamel Holdings, Inc. d/b/a Inyo Pool Products, Inc.*, 23CV32839, pending in the Circuit Court of the State of Oregon for the County of Multnomah.

DATED:  August 14, 2023          STOEL RIVES LLP

                                                 *s/Ryan H. Tamm*
                                                 THOMAS R. JOHNSON
                                                 (application for admission forthcoming)
                                                 ALEX VAN RYSSELBERGHE
                                                 (application for admission forthcoming)
                                                 RYAN H. TAMM
                                                 Stoel Rives LLP
                                                 760 SW Ninth Ave, Suite 3000
                                                 Portland, OR 97205
                                                 Telephone: (503) 224-3380
                                                 Fax: (503) 220-2480
                                                 tom.johnson@stoel.com
                                                 alex.vanrysselberghe@stoel.com
                                                 ryan.tamm@stoel.com

                                                 *Attorneys for Plaintiff*

Page 1 – NOTICE OF RELATED CASES          **STOEL RIVES** LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380     Fax: 503.220.2480*

120560144.1 0082332-00001